Dated: October 8, 2014,  01:58 PM

The following is ORDERED:

Niles Jackson
United States Bankruptcy Judge

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| IN RE: | ) | |
| JOSEPH B MITCHELL JR | ) | Case No. BK-13-13146-NLJ |
| CHARLENE H MITCHELL | ) | Chapter: 13 |
| DEBTOR | ) | |

### AGREED ORDER MODIFYING CHAPTER 13 PLAN AND ORDER FOR COMPENSATION

This matter comes before the Court on the Debtor's Motion to Modify. That a copy of the Debtor's Motion was mailed to all parties of interest indicated by the certificate of mailing filed with the Motion on September 16, 2014 pursuant to Local Rule 9007 and that no one has filed or served an Objection within the time allowed, such time having expired on October 7, 2014. The Debtor's Motion should be granted.

1. That the Debtors are treated as current through September 2014 on their plan payments. That the Debtor's plan payment be decreased to $747.00 per month beginning in October 2014.

2. That the Trustee is to cease making mortgage and arreage payments to Bank of America.

1

3. That the Debtor's attorney is awarded $500.00 additional compensation to be paid by the Trustee through the plan.

All statements of findings of fact in this order or judgment are made solely upon representation of Debtor's counsel.

**IT IS SO ORDERED**.

# # #

**APPROVED FOR ENTRY:**


/s/ Jeffrey E. West
JEFFREY E. WEST, OBA#18871
Attorney for the Debtor
210 SE 89th St.
Oklahoma City, OK  73149
(405) 616-4949
(405) 721-9503
lawwestj@yahoo.com


 /s/ Linda R. Ruschenberg
Linda Ruschenberg, OBA #12842
321 Dean A. McGee Ave.
PO Box 1948
Oklahoma City, OK 73101-1948
13trustee@chp13okc.com
 (405) 236-4843
 (405) 236-1004 (fax)
Attorney for Chapter 13 Trustee

2